UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

YAGOOZON, INC.

    v.      CA 14-040 ML

KIDS FLY SAFE and
SCS DIRECT, INC.

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Sullivan on June 6, 2014. No objection has been filed and the time for doing so has passed.

This Court has reviewed the Report and Recommendation, and it concurs in the recommended disposition. Therefore, the Motion to Dismiss (Docket #13) is GRANTED.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
July 8, 2014